IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO.:

Mauro F Ocampo Villa,

Plaintiff,

v.

Trans Union LLC,

Defendant.

JURY TRIAL DEMANDED

# COMPLAINT AND DEMAND FOR JURY TRIAL

## I. INTRODUCTION

This action seeks damages arising from Defendant's violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.

## II. PARTIES

2. Plaintiff, Mauro F Ocampo Villa, is an individual residing in 166 Aberdeen St Davenport, Florida 33896.

3. Defendant, Trans Union LLC, is a corporation with its principal place of business at 1013 Centre Road, Wilmington, New Castle County, Delaware, 19805-1297 or TransUnion LLC P.O. Box 2000 Chester, PA 19016-2000.

## III. JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331, as it arises under federal law.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), as the Defendant conducts business in this District, and the events giving rise to this action occurred in this District.

## IV. FACTUAL ALLEGATIONS

6. Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs. For the purposes of this matter, the relevant account with Capital One is identified by the account number 51780597.

7. Specifically, Plaintiff's letter detailed the following:

a. On or about May 30, 2023, Plaintiff sent a letter to Defendant, detailing various concerns and violations of the FCRA related to Plaintiff's credit report. A true and correct copy of this letter is attached hereto as Exhibit A.

b. On September 13, 2021, Plaintiff sent a letter to remove a late payment reported on his credit report Exhibit B, date of the late payment reported is unknown because Defendant refused to give information, Plaintiff believes it was on 09/13/2021.

c. After defendant sent Exhibit B, On September 25, 2021, Plaintiff received reinvestigation results from Defendant, stating that Defendant investigated the information Plaintiff disputed and updated : indicated that the late payment status was updated to positive Balance; Date updated 09/23/2021; last payment Made 09/13/2023, and the status of the account had been modified to current, paid or paying as agreed. Exhibit D

d. Plaintiff discovered that a late payment, initially reported on 09/2021, was reinserted on the credit report on 10/09/2021 after its deletion Exhibit C.

e. During a recorded call on May 30, 2023, Defendant's representative confirmed the late payment was reported on September 1, 2021. However, the representative stated they could not access information regarding when this late payment was deleted from Plaintiff's credit report.

f. Defendant failed to notify Plaintiff in writing within 5 business days after the date of reinsertion, as required under the FCRA, in violation of 15 U.S.C. § 1681i(a)(5)

g. Defendant did not notify the furnisher that the item of information had been modified or deleted, in violation of 15 U.S.C. § 1681i(a)(5).

8. Despite Plaintiff's attempts to resolve the situation including a CFPB complaint as well - Exhibit E, Defendant failed to comply with the requirements of the FCRA, including but not limited to:

a. Failing to accurately report information related to Plaintiff's Capital One account, in violation of 15 U.S.C. § 1681e(b). Exhibit F

b. Failing to conduct a reasonable reinvestigation in all occasions, in violation of 15 U.S.C. § 1681i(a)(1). Exhibit F (See date updated)

c. Failing to provide prompt notice of the dispute to the furnisher of information, in violation of 15 U.S.C. § 1681i(a)(2).

d. Failing to consider all relevant information, in violation of 15 U.S.C. § 1681i(a)(4).

e. Failing to promptly delete or modify inaccurate or unverifiable information, in violation of 15 U.S.C. § 1681i(a)(5). Exhibit F

## V. CAUSES OF ACTION

## COUNT I – VIOLATION OF THE FAIR CREDIT REPORTING ACT

9. Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs.
10. Defendant's actions, as described above, constitute willful and negligent violations of the FCRA.
11. As a result of Defendant's violations, Plaintiff has suffered greatly over the course of nearly two years. The wrongful reporting of a late payment caused Plaintiff's credit score to plummet by almost 79 points, leading to a cascade of negative consequences, including lost opportunities for loans, and other financial benefits. The stress, anxiety, and sadness stemming from this situation were so severe that Plaintiff began losing a significant amount of weight, necessitating medical intervention. Plaintiff sought medical

treatment and was prescribed growth hormone therapy to gain weight, incurring additional expenses of $300 per month from November 1, 2022, to July 1, 2023, totaling an estimate of $2,700. The profound emotional distress and physical suffering endured by the Plaintiff due to Defendant's actions have had a lasting impact, limiting Plaintiff's potential and causing ongoing hardship.

12. Plaintiff seeks statutory damages in the amount of $1,000 for each violation of the FCRA.s

## VI. REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO 15 U.S.C. § 1681

Plaintiff hereby requests the following documents:

a. All documents related to the reinvestigation of Plaintiff's Capital One account.

b. All documents related to the deletion and reinsertion of the late payment on Plaintiff's credit report of Plaintiff's Capital One account.

c. All documents related to communications between Defendant and the furnisher of information regarding Plaintiff's Capital One account.

d. All documents related to Defendant's policies and procedures for handling disputes and reinvestigations under the FCRA regarding Plaintiff's Capital One account, Pursuant 15 U.S.C 1681i(a)(6)

e. All documents related to Defendant's compliance with 15 U.S.C. § 1681i(a)(5), including notifications to furnishers and consumers regarding Plaintiff's Capital One account.

f. Copies of the ACD form and the AUD form related to Plaintiff's Capital One account. Pursuant 15 U.S.C. § 1681i(a)(2).

g. Any other documents relevant to the allegations in this Complaint.

## VII. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Defendant for:

a. Award statutory damages in the amount of $1,000 for each violation;

b. Award punitive damages as deemed appropriate by the Court;

c. Actual damages as deemed appropriate by the Court pursuant to 15 U.S.C. § 1681 et seq.

d. Award Filing fees and costs as allowed under the FCRA;

e. Grant such other and further relief as this Court deems just and proper.

**Respectfully submitted,**

**Pro se**

**s/ Mauro F Ocampo Villa**

**166 Aberdeen st Davenport FL, 33896**

**321-948-2481**

**Muaro912@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on 08/14/2023, I filed the foregoing Complaint in person with The Middle District of Florida, submitting a true and correct copy of the document to the Court's office. Furthermore, I served a true and correct copy of the Complaint upon the following parties or their counsel of record via U.S. Mail, postage prepaid, addressed as follows:-

Transunion LLC P.O BOX 2000, Chester PA 19016

This certification is made in accordance with the rules and procedures of the Court and is accurate to the best of my knowledge and belief.

DATED: 08-14-2023

Pro Se

s/ Mauro F Ocampo Villa

166 Aberdeen St Davenport FL, 33896

321-948-2481

Muaro912@gmail.com